UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

RICHARD MIKOLAJCZYK and
DEBORAH MIKOLAJCZYK,

    Plaintiffs,

v

    Case No. 2:06-10166

    Hon. Denise Page Hood

CITIZENS INSURANCE COMPANY,
BLUE CROSS BLUE SHIELD OF
MICHIGAN and NATIONAL FOOT
CARE PROGRAM, INC.,

    Defendants.

_____

GREGG P. IDDINGS (P49074)      THOMAS MURRAY, JR.
Cooper, Bender & Iddings, P.C.      Attorney for Defendant Citizens
P.O. Box 380      P.O. Box 110
Tecumseh, MI 49286      Howell, MI 48304
(517) 263-7884      (517) 540-2400

SUE E. JENKINS (P58206)
Attorney for Defendant
602 W. Ionia Street
Lansing, MI 48933
(517) 371-7923
_____/

**ORDER DISMISSING BLUE CROSS BLUE SHIELD**
**OF MICHGIAN**

At a session of said Court held on the 22nd day of November 2006, in the
City of Detroit, Wayne County, Michigan

PRESENT:  Honorable Denise Page Hood

Upon reading and filing the Stipulation and the Court being fully advised:

IT IS HEREBY ORDERED that Blue Cross Blue Shield of Michigan is hereby dismissed from this matter without prejudice and without costs or attorney fees.

    s/ DENISE PAGE HOOD
    Denise Page Hood
    U.S. District Court Judge